UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| ANDREWS VAN LINES, INC., | No. C 13-3994 PSG |
| Plaintiff, | |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| BRONCO VAN & STORAGE, et al., | Date: February 3, 2014 |
| Defendants. | Mediator: Eric Danoff |

IT IS HEREBY ORDERED that the requests to excuse plaintiff Andrews Van Lines, Inc.'s client representative and defendants' insurer representatives from appearing in person at theFebruary 3, 2014, mediation before Eric Danoff are GRANTED. The excused representatives shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 24, 2014              By: _____

Dated                                        Maria-Elena James
                                             United States Magistrate Judge